PROB 12C
(7/93)
# United States District Court
## for
## District of New Jersey
## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Meadows      Cr.: 07-336

Name of Sentencing Judicial Officer: The Honorable Allen Sharp. Transfer of jurisdiction was initiated and the case was assigned to the Honorable Dickinson R. Debevoise.

Date of Original Sentence: October 4, 2002

Original Offense: Aiding and Abetting the Fraudulent Purchase of Firearms

Original Sentence: 57 months incarceration, 2 years supervised release. Special conditions imposed: Drug Treatment

Type of Supervision: Supervised Release      Date Supervision Commenced: September 30, 2006

Assistant U.S. Attorney: Anthony Mahajan      Defense Attorney: Ousmane D. Al-Misri, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On January 10, 2007, Newark Police Officers responded to Taylor Auto Parts located at 222 Pacific Street on a report of a robbery that had taken place. Upon arrival, officers spoke with Paul Burnell, an employee at the shop. Burnell told police that while working at the shop, two unidentified black males entered the shop and demanded money. One of the suspects was described as a black male, about 6'2" in height. The black male was in his thirties wearing a black puffy jacket with blue jeans. Subject was described as having a scruffy face with pot marks. This individual approached Burnell with a handgun and demanded money. The second suspect, described as 5'10" in height with dark clothing approached another employee with a handgun. Burnell handed the first suspect money from his pocket at which point the suspect demanded the rest of the money. Burnell removed a large bundle of cash from his left front pocket. Both suspects exited the shop and fled on foot down Pacific Street. Two employees identified as Louis Rodriguez and Stanley Farms exited the shop and followed the suspects to the area of Martin Luther Boulevard and Muhammed Ali Avenue. Rodriguez and Farms flagged down Detectives who were in the area on patrol and pointed out the suspects to Detectives who were walking north on Martin |

Luther King Boulevard. Detectives ordered the suspects to stop and they began running. Police pursued the suspects on foot. One of the suspects, identified as Marlon Hinnant, was arrested and found in possession of a 9mm Ruger handgun in his right coat pocket. Officers chased the other suspect, identified as Brandon Meadows, into a basement of a building. Meadows was ordered to stop at gunpoint by other officers at which time he complied. A search of Meadows revealed he possessed a 45 caliber loaded handgun containing seven hollow point bullets. Both suspects were taken into custody and housed at the Essex County Correctional Facility.

On April 3, 2007, the case was presented to an Essex County Grand Jury and two indictments were handed down. Under Indictment, 07-04-1142, Mr. Meadows was charged with Conspiracy to Commit Robbery, Robbery (2 cts), Aggravated Assault with a Firearm, Unlawful Possession of a Weapon, Possession of a Firearm for Unlawful Purpose, and Possession of Hollow Points Bullets.

Under Indictment 07-04-1143, Mr. Meadows was charged with Certain Persons not to have Weapons.

On September 21, 2007, the defendant was found guilty by jury trial of certain persons not to have weapons under Indictment 07-04-1143 and Unlawful Possession of a Weapon and Possession of Hollow Points Bullets under 07-04-1142.

On November 26, 2007, the defendant was sentenced to a ten-year custodial term with five years parole eligibility under Indictment 07-04-1143. Under Indictment 07-04-1142, the defendant was sentenced to a five-year custodial term to run concurrent to Indictment 07-04-1143.

An appeal was filed on this case and the matter remains pending in State Superior Court. The defendant is presently incarcerated at Bayside State Prison in Leesburg, New Jersey.

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |

On the above listed date in Count One of the petition, the offender was arrested by police and charged with Robbery, Aggravated Assault, Unlawful Possession of a Weapon, and Possession of Hollow Point Bullets.

The offender failed to notify the undersigned probation officer within 72 hours of this arrest which is in violation of condition #14.

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**' |

At the time of his arrest, the defendant was found in possession of a 45 caliber semiautomatic handgun, serial number 531275. The handgun was loaded with seven 45 caliber hollow point bullets.

PROB 12C - Page 3
Brandon Meadows

I declare under penalty of perjury that the foregoing is true and correct.

By: Edwin Vazquez
Senior U.S. Probation Officer
Date: September 24, 2008

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.   Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Sept. 29, 2008
Date