UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 07-336 |
| BRANDON MEADOWS | : | **ORDER** |

This matter having come before the Court on the petition of the United States Office of Probation for a hearing regarding defendant BRANDON MEADOWS' failure to comply with conditions of supervised release, Kevin F. Carlucci, Assistant Federal Public Defendant, appearing; the defendant having waived the preliminary hearing and entered a guilty plea on January 4, 2010, to Violation Number 1 of the Amended Petition for Violation of Supervised Release, dated December 22, 2009, which alleged, inter alia, defendant's commission of another federal, state or local crime, in violation of the conditions of supervised release; and for good cause shown

WHEREFORE, IT IS on this 13TH day of January 2010,

ORDERED that the defendant is adjudged guilty of Violation Number 1 of the Amended Petition for Violation of Supervised Release, dated December 22, 2009;

IT IS FURTHER ORDERED that Violation Numbers 2 and 3 be and hereby are dismissed with prejudice;

IT IS FURTHER ORDERED that the defendant hereby is committed to the custody of the Bureau of Prisons for a term of 18 months to run consecutively to imprisonment under any previous state or federal sentence;

IT IS FURTHER ORDERED that the previously imposed term of supervised release is revoked; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge